IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **NO. 17-00292-1** |
| **CANE SINGLETON** | : | |

### ORDER

**AND NOW**, this 20th day of October, 2021, it is hereby **ORDERED** that:

1. The pro se motion for reconsideration of Doc. 39 by Defendant [Doc. 42] is **DENIED**.

2. The pro se motion to amend section 2255 motion by Defendant [Doc. 43] is **GRANTED**.

3. The pro se amended section 2255 motion is **DENIED**.

4. It is further **ORDERED** that a certificate of appealability shall not issue.

**BY THE COURT**:

*/S/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**